IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06 - 0747 EJD |
| Plaintiff, | ) ) | STIPULATION RE CONTINUANCE OF STATUS DATE; [PROPOSED] |
| v. | ) ) | ORDER |
| RICHARD STEPHEN GILGEN, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated between the defendant Richard Stephen Gilgen, by and through his attorney of record VARELL FULLER, and the United States, through Assistant United States Attorney TIMOTHY J. LUCEY, that the status date of January 29, 2013, at 1:30 p.m., be continued to February 11, 2013, at 1:30 p.m.

The reason for this continuance is that counsel for the government is scheduled to appear before the Honorable William H. Alsup for a sentencing in an under seal matter on Tuesday, January 29, 2013, at 2:00 p.m. in San Francisco, and the date for the matter before Judge Alsup had been set prior to this Court resetting the status conference in this matter from January 28th to January 29th.

A continuance to Monday, February 11, 2013, is requested in order to accommodate the

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

calendar of counsel for the United States.

Counsel have conferred with the Probation Officer assigned to this matter, who has confirmed that she had no objection to the continuance and is agreeable to the proposed date of February 11, 2013.

**IT IS SO STIPULATED.**

Dated: January 24, 2013  Respectfully submitted,

/s/ Varell Fuller
VARELL FULLER
Attorney for Richard Stephen Gilgen

Dated: January 24, 2013  MELINDA HAAG
UNITED STATES ATTORNEY

/s/
TIMOTHY J. LUCEY
Assistant United States Attorney

**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the status date appearance set for January 29, 2013, is continued to February 11, 2013. at 1:30 PM

DATED: 1/25/2013

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE